**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Ira R. Murray III <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 17-12176 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of JPMorgan Chase Bank, N.A. as Servicer for Deutsche Bank National Trust Company, formerly known as Bankers Trust Company of California, N.A., as Trustee for SACO I, Inc., Mortgage Pass-Through Certificates, Series 2000-1 and index same on the master mailing list.

                                        Respectfully submitted,

                                        **/s/ Matteo S. Weiner, Esquire**
                                        Matteo S. Weiner, Esquire
                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322 FAX (215) 627-7734