United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-12176-amc
Ira R. Murray, III                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 3          Date Rcvd: Nov 29, 2017
                              Form ID: pdf900          Total Noticed: 81

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2017.
```
db             +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806
13896673       +Aaron's Philadelphia,    6420 Frankford Avenue, Ste 3,    Philadelphia, PA 19135-3038
13896675       +American Independent Services,    P.O. Box 42526,    Philadelphia, PA 19101-2526
13896676        Arizona Premium Finance Co.,    12406 N. 32nd Street, Suite 110,    Philadelphia, PA 19151
13896677       +Az Premium Finance Co,    12406 N 32nd St Ste 110,    Phoenix, AZ 85032-7147
13896678        Caine & Weiner,    P.O. Box 5010,    Woodland Hills, CA 91365-5010
13896680        Chase Manhattan Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
13896684       +City of Philadelphia,    Department of Finance,    P.O. Box 56318,    Philadelphia, PA 19130-6318
13896688       +Consumer Portfolio Services, INC,    19500 Jamboree Road,    Irvine, CA 92612-2411
13896689       +Consumer Portfolio Svc,    Attn:Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2411
13896691       +Credit Acceptance,    Attn: Bankruptcy Dept,    25505 West 12 Mile Rd Ste 3000,
                 Southfield, MI 48034-8331
13896693       +D.L.S. Law Offices,    8001 Castor Ave.,    Philadelphia, PA 19152-2701
13896694      ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     P.O. Box 11732,    Newark, NJ 07101)
13896696        Diversified Adjustments Service, Inc.,     P.O. Box 32145,    Fridley, MN 55432-0145
13936778        ECMC,    PO BOX 16408,    ST PAUL, MN 55116-0408
13896700       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
13896699        Enhanced Recovery Co., LLC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
13896701       +Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
13896702       +Experian,    Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
13896703       +FH Cann & Associates, INC.,    1600 Osgood St.,    Suite 20-2/ 120,
                 North Andover, MA 01845-1048
13896704        Financial Recoveries,    PO BOX 1388,    Mt Laurel NJ 08054-7388
13896705        Hertz  Processing Services,    P.O. Box 956649,    Saint Louis, MO 63195-6649
13896709        IRM Properties,    P.O. Box 742596,    Cincinnati, OH 45274-2596
13896708        Infinity Insurance Companies,    P.O. Box 2153,    Brimingham, AL 35287-2537
13966310       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13896710       +Jeanette Martinez,    5405 N. Front Street,    Philadelphia, PA 19120-2913
13896711       +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13896712        Lankenau Medical Center,    Patient Payments,    P.O. Box 8500-1145,
                 Philadelphia, PA 19178-1145
13896713        Law Enforcement Systems, LCC DelDOT,    P.O. Box 3032,    Milwaukee, WI 53201-3032
13896714       +Lazarus Financial Grou,    5420 Lbj Freeway,    Dallas, TX 75240-6222
13896715        Lazarus Financial Group, INC,    P.O. Box 867045,    Plano, TX 75086-7045
13896717       +Linebarger Goggan Blair and Sampson LLP,    1600 JFK Blvd.,    4 Penn Center, Suite 910,
                 Philadelphia, PA 19103-2818
13896718        Main Line Healthcare,    P.O.Box 8500-4600,    Philadelphia, PA 19178-4600
13896720        National Ins., Inc.,    330 E. State Street,    Newtown, PA 18940
13896721        National Payment Center,    U.S. Department of Education,    P.O. Box 105028,
                 Atlanta, GA 30348-5028
13896724        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13896727       +PGW,    Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13896726       +Penn Credit Corporation,    P.O. 1259, Dept. 91047,    Oaks, PA 19456-1259
13896728       +Philadelphia Parking Authority,    Red Light Camera Program,    P.O. Box 7425033101 Market Street,
                 Cincinnati, OH 45274-0001
13896729       +Progressive Financial Services, Inc.,    PO Box 22083,    Tempe, AZ 85285-2083
13896730        Progressive Insurance,    P.O. Box 7247-0311,    Philadelphia, PA 19170-0311
13896731       +Security Credit Servic,    PO Box 1156,    Oxford, MS 38655-1156
13896734      ++T MOBILE,    C O AMERICAN INFOSOURCE LP,    4515 N SANTA FE AVE,    OKLAHOMA CITY OK 73118-7901
               (address filed with court: T Mobile,     P.O. Box 629025,    El Dorado Hills, CA  95762)
13896735       +Tek-collect Inc,    871 Park St,    Columbus, OH 43215-1441
13896736       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
13896738       +U. S. Dept of Education,    PO box 530260,    Atlanta, GA 30353-0260
13896740        UPHS PPMC Patient Pay,    P.O. Box 824314,    Philadelphia, PA 19182-4314
13896739        UPHS Physicians Patient IDX,    P.O. Box 827579,    Philadelphia, PA 19182-7579
13896741       +Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
13896742       +Wade Insurance Agency,    143 E. Roosevelt Blvd.,    Philadelphia, PA 19120-4243
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:29      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 30 2017 01:35:54
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 30 2017 01:36:18      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:29      City of Philadelphia,
                 c/o Joshua Domer,    1401 JFK Blvd. 5th Floor,    Philadelphia, PA  19102
```

```
District/off: 0313-2           User: Antoinett               Page 2 of 3                   Date Rcvd: Nov 29, 2017
                               Form ID: pdf900               Total Noticed: 81

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13896674       +E-mail/Text: EBNProcessing@afni.com Nov 30 2017 01:36:11      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13896683        E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:28      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
13896686        E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:28      City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,    1515 Arch Street,    Philadelphai, PA 19102
13978547        E-mail/Text: bankruptcy@phila.gov Nov 30 2017 01:36:28      City of Philadelphia,
                 Law Department Tax Unit,     Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13896690       +E-mail/Text: bankruptcy@consumerportfolio.com Nov 30 2017 01:36:12      CPS, Inc.,
                 P.O. Box 57071,    Irvine, CA 92619-7071
13896679        E-mail/Text: ebn@carepayment.com Nov 30 2017 01:36:59      CarePayment,    P.O. Box 2398,
                 Omaha, NE 68103-2398
13963108       +E-mail/Text: bankruptcy@cavps.com Nov 30 2017 01:36:16      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
13896681       +E-mail/Text: ecf@ccpclaw.com Nov 30 2017 01:35:34      Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
13896685       +E-mail/Text: equiles@philapark.org Nov 30 2017 01:36:49      City of Philadelphia,
                 Parking Violations Branch,    PO Box 41819,    Philadelphia, PA 19101-1819
13896687       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Nov 30 2017 01:36:43
                 Comcast Cable,    P.O. Box 3006,    Southeastern, PA 19398-3006
13896692       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 30 2017 01:36:58
                 Credit collection services,    Two Wells Avenue,    Dept. 9135,    Newtown, MA 02459-3225
13896697        E-mail/Text: bankruptcynotices@dcicollect.com Nov 30 2017 01:36:44
                 Diversified Consultants, Inc.,    P.O. Box 551268,    Jacksonville, FL 32255-1268
13896698        E-mail/Text: bknotice@erccollections.com Nov 30 2017 01:36:10      Enhanced Recovery Co., LLC,
                 8014 Bayberry Road,    Jacksonville, FL 32256-7412
13896707        E-mail/Text: cio.bncmail@irs.gov Nov 30 2017 01:35:38      I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13896716       +E-mail/Text: equiles@philapark.org Nov 30 2017 01:36:49      LDC Collection,    P.O. Box 41819,
                 Philadelphia, PA 19101-1819
13955040        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 30 2017 01:33:57
                 LVNV Funding, LLC its successors and assigns as,     assignee of Arrow Financial Services,,
                 LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13896719       +E-mail/Text: MVCIBL@VACATIONCLUB.COM Nov 30 2017 01:36:07      Marriott Employees Fcu,
                 10400 Fernwood Rd,    Bethesda, MD 20817-1102
13896723       +E-mail/Text: bankruptcydepartment@tsico.com Nov 30 2017 01:36:48
                 NCO Fianancial Systems, INC- KGPORT,    P.O. Box 15270,    Willmington, DE 19850-5270
13896722       +E-mail/Text: bankruptcydepartment@tsico.com Nov 30 2017 01:36:48
                 NCO Fianancial Systems, INC- KGPORT,    P.O. Box 15273,    Willmington, DE 19850-5273
13914985       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 30 2017 01:35:41      PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
13896725        E-mail/Text: bankruptcygroup@peco-energy.com Nov 30 2017 01:35:41      Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
13901158       +E-mail/Text: equiles@philapark.org Nov 30 2017 01:36:50      Philadelphia Parking Authority,
                 701 Market Street Suite 5400,    Philadelphia, PA 19106-2895
13896732       +E-mail/Text: jennifer.chacon@spservicing.com Nov 30 2017 01:37:02
                 Select Portfolio Servicing,    PO Box 65250,    Salt Lake City, UT 84165-0250
13896733        E-mail/Text: bankruptcy@sw-credit.com Nov 30 2017 01:36:08      Southwest Credit,
                 4120 International Pkwy,    Suite 1100,    Carrollton, TX  75007-1958
13964899        E-mail/Text: jennifer.chacon@spservicing.com Nov 30 2017 01:37:02
                 U.S. Bank National Association, as Trustee, etc,    c/o SPS,    P.O. Box 65250,
                 Salt Lake City, Utah 84165-0250
13932761       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 30 2017 01:40:30      Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
13896743        E-mail/Text: eforbes@ph13trustee.com Nov 30 2017 01:35:42      William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 40119,    Philadelphia, PA 19106-0119
                                                                                              TOTAL: 31

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13896682*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,   Philadelphia, PA 19102-3518
13896695*     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Direct TV,     P.O. Box 78626,    Phoenix, AZ 85062)
13896706      ##+I.C. System, Inc.,    444 Highway 96, East,    P.O. Box 64794,    Saint Paul, MN 55164-0794
13896737      ##+Transworld System Inc/,    2235 Mercury Way Ste 275,    Santa Rosa, CA 95407-5463
                                                                                        TOTALS: 0, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

Case 17-12176-amc    Doc 38    Filed 12/01/17    Entered 12/02/17 01:04:16    Desc Imaged
              Certificate of Notice    Page 3 of 4

```
District/off: 0313-2           User: Antoinett              Page 3 of 3                   Date Rcvd: Nov 29, 2017
                               Form ID: pdf900              Total Noticed: 81
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2017 at the address(es) listed below:
              JOSHUA   DOMER    on behalf of Creditor    City of Philadelphia joshua.domer@phila.gov,
               james.feighan@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor    Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee for SACO I, Inc., Mortgage
               Pass-Through Certificates, Series 2000-1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. Bank National Association, as Trustee,
               Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as
               Trustee for Long Beach Mortgage Loan Trust 2002-1 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Ira Murray | : | CHAPTER 13 |
| DEBTORS | : | BKY. NO.  17-12176AMC13 |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7. A hearing shall be held on ___January 9___, 2018 at ___11:00 a.m.___, in Bankruptcy Court No. 2, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

By the Court:

Date: __November 29, 2017__    _____
Hon. ASHELY M. CHAN