IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: IRA MURRAY,

Debtor(s).

Case No. 17-12176AMC13

Chapter 13

AMENDED
ORDER APPROVING APPLICATION FOR COMPENSATION

**AND NOW**, this \_\_\_9th\_\_\_ day of \_\_\_January\_\_\_, 201_8_\_\_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the balance due to counsel in the amount of **$4,500.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

IRA MURRAY
Debtor(s)
1431 N. Felton Street
Philadelphia, PA  19151