United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 17-12176-amc
Ira R. Murray, III                                              Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP              Page 1 of 1            Date Rcvd: Jan 09, 2018
                               Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2018.
db             +Ira R. Murray, III,    1431 N. Felton Street,    Philadelphia, PA 19151-3806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2018 at the address(es) listed below:
              JOSHUA   DOMER    on behalf of Creditor   City of Philadelphia joshua.domer@phila.gov,
               james.feighan@phila.gov
              MATTEO SAMUEL WEINER    on behalf of Creditor   Deutsche Bank National Trust Company, formerly
               known as Bankers Trust Company of California, N.A., as Trustee for SACO I, Inc., Mortgage
               Pass-Through Certificates, Series 2000-1 bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, as Trustee,
               Successor in Interest to Wachovia Bank, N.A. (formerly known as First Union National Bank), as
               Trustee for Long Beach Mortgage Loan Trust 2002-1 bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Ira R. Murray, III ecf@ccpclaw.com,
               cibikmr70146@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: IRA MURRAY,

          Debtor(s).

Case No. 17-12176AMC13

Chapter 13

**AMENDED**
**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __9th__ day of __January__, 201_8_, upon consideration of the Application for Compensation, it is

**ORDERED and DECREED** that counsel fees in the amount of **$5,000.00** are approved and the balance due to counsel in the amount of **$4,500.00** shall be disbursed in accordance with the Chapter 13 plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

CIBIK & CATALDO, P.C.
Counsel for Debtor(s)
1500 Walnut St Ste 900
Philadelphia, PA  19102
ecf@ccpclaw.com

WILLIAM C. MILLER, ESQ.
Chapter 13 Trustee
PO Box 1229
Philadelphia, PA  19105
ecfemails@ph13trustee.com

IRA MURRAY
Debtor(s)
1431 N. Felton Street
Philadelphia, PA  19151